AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern     **District of**     New York

MICHAEL E. JONES, M.D., P.C.

   Plaintiff (s),

V.

AETNA, INC., et al.

   Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-9683 (JPO)

Notice is hereby given that, subject to approval by the court, __Aetna, Inc.__ substitutes
(Party (s) Name)

__Brendan F. Quigley__, State Bar No. __4648408__ as counsel of record in
(Name of New Attorney)

place of __Thomas B. Helbig, Craig M. Cepler, Amber T. Wallace__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:     Baker Botts L.L.P.
   Address:       30 Rockefeller Plaza, NY, NY 10112
   Telephone:     (212) 408-2520        Facsimile   (212) 259-2520
   E-Mail (Optional): brendan.quigley@bakerbotts.com

I consent to the above substitution.

Date:  7/29/21

_(signature)_
(Signature of Party (s))

I consent to being substituted.  Signatures of Withdrawing Attorneys on Page 2

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  July 29, 2021

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  August 2, 2021

_(signature)_
J. PAUL OETKEN
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

*Jones v. Aetna*, Case No. 19-9683 (JPO)
Consent Order Granting Substitution of Attorney (continued)

1. I consent to being substituted:

   _____          Dated: July 28, 2021
   Thomas B. Helbig

2. I consent to being substituted:

   _____          Dated: July 28, 2021
   Craig M. Cepler

3. I consent to being substituted:

   _____          Dated: July 28, 2021
   Amber T. Wallace